EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

*Varin Rone*
*ADC 120531*

~~(Enter above the full name of the plaintiff(s)~~
in this action.)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 3 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

V.                        CASE NO. 5:05CW00177
                                        HDY

_____

(Enter above the full name of the defendant(s)
in this action.)

I.    Previous Lawsuits
      a.  Have you begun other lawsuits in state or federal court dealing with the same
          facts involved in this action?

          Yes _____       No ___✓___

      b.  If your answer to "a" is "Yes", describe each lawsuit in the space below
          including the exact plaintiff name or alias used. (If there is more than one
          lawsuit, describe the additional lawsuits on another piece of paper, using the
          same outline.)

          1.  Parties to this lawsuit

              Plaintiffs: _____

              _____
                          This case assigned to District Judge *Holmes*
              Defendants: _____ and to Magistrate Judge *Young*

              _____

          2.  Court (if federal court, name the district; if state, name the county): _____

              _____

          3.  Docket Number: No

          4.  Name of judge to whom case was assigned: No

2

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): __No__

6. Approximate date of filing lawsuit: __No__

7. Approximate date of disposition: __No__

II. Place of Present Confinement: __No__

III. There is a prisoner grievance procedure in the Arkansas Department of Corrections. ~~Failure to complete the grievance procedure~~ may affect your case in federal court.

    a. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes __✓__      No _____

    b. If your answer is "yes", attached copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

    c. If your answer is "no", explain why not: _____

IV. Parties

(In item "a" below, place your name in the first blank and place your present address in the second blank.

    a. Name of Plaintiff: Darin Rone

    Address: VSM, P.O. Box 400 Grady Ark 71644-0400

    Name of Plaintiff: _____

    Address: _____

(In item "b" below, place the full name of the defendant in the ___ and his address position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

b. Defendant: MR Golatt

Position: Cpl

Place of Employment: ADC Brickeys

Address: EAST ARK Reg UNit P.o. BiN 180 Brickey Ark 72320

Defendant: MR, LARRY B, Norris

Position: Director

Place of Employment: CentRAl office

Address: P.o. Box 8707 PiNe Bluff Ark 71611-8707

Defendant: RAY HoBB's

Position: Assi PiRector

Place of Employment: CentRAl office

Address: P.o. BiN 8707 PeNe Bluff ARK 71647070

Defendant: MR, AVANt

Position: Cpl

Place of Employment: ADC BRickey UN8t

Address: EAST ArK Reg UNit Brickys Arq 72520

3

(In item "b" below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

b.  Defendant: MS, CRAWForD

Position: NUrSe

Place of Employment: INfirmary CMS

Address: EAst Ark Brickcy UNit P.o Box 180 Brickey Ark 72320

Defendant: MS,L, YArBourgh

Position: R,A

Place of Employment: Central office

Address: P.o,Box 8707 PiNe Bluff Ark 71611-8707

Defendant: MS,T. Compton

Position: Grievance Coordinator

Place of Employment: Central offile

Address: P.o,Box 8707 PiNe Bluff Ark 71611 8707

Defendant: MS,Dr SHAK

Position: Dr

Place of Employment: Varner UNit

Address: P.o,Box 400 Grady Ark 71644-040N

3

(In item "b" below, place the full name of the defendant in the first blank, his official
position in the second blank, his place of employment in the third blank, and his address
in the fourth blank.)

b.  Defendant: MR, Greg HArmon

Position: WArdeN

Place of Employment: Brickey UNit ADC

Address: EAst Ark Reg UNit P.O. Box 180 Brickey ARK 72320

Defendant: MR, J. BANKS

Position: Assit WArdeN

Place of Employment: Brickey s UNit ADC

Address: EAst Ark Reg UNit P.O. Box 180 Brickey ARK 72320

Defendant: MR, E. WilliAm

Position: MAJor

Place of Employment: ADC Brickey s UNit

Address: EAst Ark Reg UNit P.O. Box 180 Brickey ARk 72320

Defendant: MR, K, SANDer's

Position: SSt

Place of Employment: ADC Brickey's UNit

Address: EAst Ark Reg UNit P.O. Box 180 Brickey ARk 72320

3

(In item "b" below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

b.   Defendant: G, Harris

Position: WARDEN

Place of Employment: VARNER UNIT

Address: P.O. Box 600 VSM Grady Ark 71644

Defendant: MR, ANDERSON

Position: Dr

Place of Employment: CMS, Central office

Address: P.O. Box 8707 Pine Bluff Ark 71611-271

Defendant: MR, MAX MOBLEY

Position: Dr

Place of Employment: Central office

Address: P.O. Box 8707 Pine Bluff Ark 71611-8707

Defendant: MR, WATSON

Position: ASST WARDEN

Place of Employment: Brickeys UNIT ADC

Address: P.O. Box 180 Brickeys Ark 72320

3

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SAY-I HAD A Alter cation
on 3-15-05 -IN JBo 3/8/LLy
Review Security loge Book's

## VI. Relief

**State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

400,000 AND for my PAIN
AND suffering

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 5un day of JUN , 20 05

PARK R
Signature(s) of Plaintiff(s)

4

# GRIEVANCE ACKNOWLEDGEMENT

TO: Inmate  Rone, Darren                          ADC #:  120531A

FROM:  Hattaway, Judy C                           TITLE:  Grievance Officer

RE: Notification of Grievance Received.           GRIEVANCE #:  VSM05-01203

DATE:  06/03/2005

Please be advised, I have received your Grievance dated  06/02/2005  on  06/03/2005

You will receive communication from this office regarding the Grievance by  07/01/2005

_____
Signature of Grievance Officer/ARO

## CHOOSE ONE OF THE FOLLOWING

◉  This Grievance is of a medical nature and has been forwarded to the infirmary staff.

○  This Grievance has been determined to be an emergency situation, as you so indicated.
   Action Taken:

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

_____
Warden/Center Supervisor's Signature

_____
Deputy/Assistant Director or Director's
Signature

IGTT400                          Page 1 of 2

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _____

PLEASE PRINT
Name _____   ADC# _____   Brks _____ Job Assignment _____

IS THIS AN EMERGENCY SITUATION? YES ___ NO ___ If yes, why? _____

An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature. If it is marked yes, you may give this completed form to the designated problem solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_____

Inmate Signature _____   Date _____

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

STAFF RECEIPT AND ACTION TAKEN

_____

PRINT STAFF NAME _____

Was this resolved informally? _____

_____

Staff Signature _____   Inmate Signature _____

# INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _____

PLEASE PRINT
Name _____ ADC# _____ Brks _____ Job Assignment _____

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If yes, why? _____

_____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate Signature _____ Date _____

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

STAFF RECEIPT AND ACTION TAKEN

PRINT STAFF NAME (PROBLEM SOLVER) _____ Staff Code _____ Staff Signature/Date Received _____

Was this deemed an emergency? Yes _____ No _____

Was inmate able to contact their family? Yes _____ No _____ If yes, give name of person contacted? _____

Was action taken or is complaint still being resolved? _____

Was issue resolved? Yes _____ No _____ Does inmate agree that issue was resolved? Yes _____ No _____

Staff Signature/Date _____                    Inmate Signature/Date _____

DISTRIBUTION:  YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy        BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion                810-00

## GRIEVANCE FORM - (Attachment 1A)

FOR OFFICE USE ONLY

Grv. # _____

Date Received _____

Grievance Code: _____

UNIT/CENTER _Vsr_

PLEASE PRINT
Name _Thornton_   ADC# _112351_  Brks _E68_ Job Assignment _____
IS THIS GRIEVANCE A MEDICAL GRIEVANCE?  Yes ✓  No ___

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes ✓ No __ If yes, give date _3-15-05_

Why do you feel the informal resolution was unsuccessful? _Say I have been Denied medical_
_treatment my medical Needs Is serious_

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates** places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_Say The Infirmary staff Keep Denying me medical_
_treatment & keep putting In sick call complaining_
_about my medical Need at the time please_
_give treatment and Denial of them violating my_
_rights_

IS THIS AN EMERGENCY SITUATION? YES __ NO __

INMATE SIGNATURE _____   DATE _____

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____   Signature _____

FROM WHICH INMATE? _____   ADC# _____

DATE: _____   TIME: _____

## GRIEVANCE FORM - (Attachment 1A)

**FOR OFFICE USE ONLY**

Grv. # _____

Date Received _____

Grievance Code: _____

**UNIT/CENTER** _MST_

**PLEASE PRINT**
Name _DARIN Rox_  ADC# _120551_  Brks _468_  Job Assignment _____

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?  Yes _✓_  No _____

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

## THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _✓_ No ___ If yes, give date _5-15-05_

Why do you feel the informal resolution was unsuccessful? _Still have Been Denyed medical_
_treatment By this employee_

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_Please Title Nestcart to this employee Denyed me all_
_medical treatment Because I Laid of A Bad side_
_[illegible] is [illegible] violations in training_

IS THIS AN EMERGENCY SITUATION?

INMATE SIGNATURE                                DATE

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) _____  Signature _____

FROM WHICH INMATE? _____  ADC# _____

DATE: _____  TIME: _____



**Arkansas Department of Correction**

*honor and integrity in public service*

P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone: (870) 267-6999
Fax: (870) 267-6258
www.state.ar.us/doc

---

**Memorandum**

**TO:**     Darren Rone, ADC #120531 – Varner Super Max Unit

**FROM:**  Mrs. L. Compton, Inmate Grievance Supervisor

**RE:**     Yellow Copy of Grievance

**DATE:**  May 20, 2005

This is to acknowledge receipt of your Yellow Copy of your Grievance, which was received in my office on April 05, 2005 dated 3-15-05.  Please be advised that time restraints and other job duties have prevented an earlier response.

Your Yellow Copy of your Grievance is being returned to you due to your failure to follow the proper Inmate Grievance Procedure according to Administrative Directive #04-01 & Administrative Regulation #835.  Policy states that the original Attachments are to be sent on Appeal, not the yellow copy.  To be able to respond to your grieved concerns properly as well as effectively, I need all required and necessary Attachments (Attachment I, Attachment IA & Attachment II).  You only sent your Yellow Copy of Attachment IA and not the originals as required by policy nor Attachment I or the Warden/Center Supervisor Decision.  Your document is therefore being returned to your without action due to your failure to follow policies and procedures.

After you send me all of the necessary and required Attachments, I then can respond to your grieved concerns.

**\*A breakdown of the steps of AD #04-01 is attached to this memo.**



## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _____

**PLEASE PRINT**

Name _____ ADC# _____ Brks _____ Job Assignment _____

IS THIS AN EMERGENCY SITUATION? YES ___ NO ___ If yes, why _____

_____

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will then sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, **places**, **personnel** involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6-2-05

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

**STAFF RECEIPT AND ACTION TAKEN**

PRINT STAFF NAME (PROBLEM SOLVER) _____ Staff ID# _____ Staff Signature/Date Received _____

_____

_____

_____

_____

_____

Was the complaint resolved? ___ Yes ___ No    Does inmate agree the issue is resolved? ___ Yes ___ No

Staff Signature/Date _____    Inmate Signature/Date _____

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION)   PINK** – Problem Solver Copy    **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the inmate After Completion        810-00

## GRIEVANCE FORM - (Attachment 1A)

| FOR OFFICE USE ONLY |
| --- |
| Grv. # _____ |
| Date Received _____ |
| Grievance Code: _____ |

UNIT/CENTER _____ VSM _____

PLEASE PRINT
Name _____ MARTIN RONE _____ ADC# 120531 Brks 5-68 Job Assignment _____

IS THIS GRIEVANCE A MEDICAL GRIEVANCE? Yes ✓ No _____

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

## THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes ✓ No ___ If yes, give date 3-13-05

Why do you feel the informal resolution was unsuccessful? MR. L.B. NORRIS, MR. A HOBBS, MS7
Lompion Shannon A DANIELS NURSE A Bolett of Just HAIR
Ms CRAWFORD, MS JAY Bout ENDEANAY BLAN, SHIN MABION
DANYTO WANIN

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

SAY I BEEN TRYING to get some medical treat
ment, BECAUSE I BEEN HAVING real BAD side
PAINS FOR SINCE THE EMPLOYEE'S WILL NOT DO ...

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print) Bruce McConnell   Signature _____

FROM WHICH INMATE? RONE, D.   ADC# 120531

DATE: 6-3-05   TIME: 8:40 PM

810-1

## GRIEVANCE FORM - (Attachment 1A)

| FOR OFFICE USE ONLY |
| --- |
| Grv. # _____ |
| Date Received _____ |
| Grievance Code: _____ |

UNIT/CENTER _____

**PLEASE PRINT**
Name _____   ADC# 120531   Brks 668   Job Assignment _____

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes ✔   No _____

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes ✔ No ___ If yes, give date 6-2-05

Why do you feel the informal resolution was unsuccessful? _____

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_____

IS THIS AN EMERGENCY SITUATION? _____

_____

_____ INMATE SIGNATURE _____   DATE _____

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) Ricky Webb   Signature _____

FROM WHICH INMATE? Daren Rome   ADC# 110531

DATE: 6-3-05   TIME: 5:30 AM

810-1

# INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER

PLEASE PRINT

---

THIS SECTION TO BE FILLED IN BY STAFF ONLY

---

# INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _____

**PLEASE PRINT**

Name _____ ADC# _____ Brks# ___ Job Assignment _____

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If yes, why? _____

An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature. If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, dates, places, personnel involved and how you were effected. One issue or incident per complaint form. Additional pages or forms will **not** be allowed.

_____

THIS SECTION TO BE FILLED OUT BY STAFF ONLY

STAFF RECEIPT AND ACTION TAKEN

_____

Staff Signature/Date _____ Inmate Signature/Date _____

DISTRIBUTION: YELLOW – Inmate Receipt

**(AFTER COMPLETION)**   PINK – Problem Solver Copy     **BLUE** – Grievance Officer

ORIGINAL – Given back to the inmate After Completion

810-00

**GRIEVANCE FORM - (Attachment 1A)**

FOR OFFICE USE ONLY

Grv. # _____

Date Received _____

Grievance Code: _____

UNIT/CENTER _____ EARU _____

PLEASE PRINT
Name: _____ DARCY RONE _____ ADC# 120581 Brks 3-84 Job Assignment _____

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _____   No ✓

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes ___ No ✓  If yes, give date 3-13-05

[illegible handwritten text]

Briefly give a BRIEF clear statement of your grievance. This statement must be specific as to the complaint, dates, places, personnel involved, how you were affected and what you want to resolve the issue. One issue or incident per grievance. Additional pages or forms will not be allowed and if attached, will result in the automatic rejection of this grievance without content review.

[illegible handwritten text]

INMATE SIGNATURE _____ DATE _____

RECEIVED

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____ TIME: _____

810-1

**INFORMAL RESOLUTION FORM (Attachment II)**

UNIT/CENTER

PLEASE PRINT:

Name _____ ADC# _____ Brks _____ Job Assignment

IS THIS AN EMERGENCY SITUATION? YES _____ NO _____ If yes, why? _____

An emergency situation is a situation you may be subject to substantial risk of physical harm. It should not be used to avoid problem solving if it is not a serious situation, if you marked yes you may give this complaint form to the designated problem solving staff who will sign this situation an emergency receipt. You will be given a copy of this receipt by the designated problem solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a BRIEF statement of your complaint/concern. This statement must be specific as to the complaint, dates, places, personnel involved and how you were affected. One issue per informal resolution form. Additional pages or forms will NOT be accepted.

_____

_____

_____

_____

_____

_____

_____

_____

Inmate Signature _____ Date _____

THIS SECTION TO BE FILLED OUT BY STAFF ONLY

STAFF RESPONSE AND ACTION TAKEN:

PROBLEM SOLVER RECEIVING PROBLEM _____ Staff came _____

Was the problem resolved? Yes _____ No _____

Was inmate able to submit resolution? Yes _____ No _____

Describe action taken to resolve the complaint including dates:

_____

_____

_____

Was issue resolved? Yes _____ No _____

Staff Signature/Date _____ Inmate Signature/Date _____

DISTRIBUTION: (BELOW AFTER receipt)

(AFTER COMPLETION): PINK - Problem Solver Copy     BLUE - Grievance Officer
ORIGINAL - Given back to the Inmate After Completion                810-00

# INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER

PLEASE PRINT

Name _____ ADC# _____ Brks _____ Job Assignment _____

IS THIS AN EMERGENCY SITUATION? YES ___ NO ___ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, dates, places, personnel involved and how **you** were affected. **One issue or incident per complaint form.** Additional pages or forms will **not be allowed.**

_____

_____

_____

_____

_____

_____

_____

_____

Inmate Signature

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

STAFF RECEIPT AND ACTION TAKEN

PRINT STAFF NAME (PROBLEM SOLVER) _____ Staff Code _____ Staff Signature / Date Received

Was this an emergency situation? Yes ___

Was inmate seen in person by staff? Yes ___           Describe action taken to resolve complaint, including date.

Was issue resolved? Yes ___           Does inmate agree that issue was resolved? Yes ___

Staff Signature / Date           Inmate Signature / Date

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION)  PINK – Problem Solver Copy     BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion

810-00

# INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _____

**PLEASE PRINT**

Name _____

IS THIS AN EMERGENCY SITUATION? YES _____ NO _____ Why? _____

Give a BRIEF statement of your complaint/concern. Only one issue/incident is to be addressed. Names, places, personnel involved and how you were affected. (One issue or incident per form, additional space on back if needed.)

_____

(AFTER COMPLETION)  PINK – Problem Solver Copy  BLUE – Grievance Office
ORIGINAL – Given back to the Inmate After Completion

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _____

PLEASE PRINT

Name _____ ADC# _____ Brks ____ Job Assignment _____

IS THIS AN EMERGENCY SITUATION? YES ___ NO ___ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, dates, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_____

_____

_____

_____

_____

_____

_____

_____

Inmate Signature _____

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

STAFF RECEIPT AND ACTION TAKEN

PRINT STAFF _____

Was the complaint an emergency? ___

Was there a health hazard or injury? ___

Describe complaint or action taken, including dates:

_____

_____

Was it resolved? ___

Staff Signature/Date _____

F-831-2

# Arkansas Department of Correction

EAST ARKANSAS REGIONAL _____ Unit

Iso-08

# DISCIPLINARY HEARING ACTION

Inmate __RONE, DARREN__
04-1, 04-2, 05-3, 09-2, 11-1,

ADC # __120531__   Unit __EARU__

Rule Violation(s) _____

Date/Time of Alleged Offense(s) __05:10 PM - 03/13/05__

Hearing Date __03/18/2005__   Time: Start __08:27 AM__   End __08:46 AM__

Recorder __JDM/2005__   Tape # __005__   Side __B__   Meter: From __055__   To __242__
005

Plea: _____   Attendance Waived: Yes __NA__

Has waiver form been completed __NA__

### Inmate's Statement

I, IF HE COME TO SHAKEDOWN ANOTHER INMATE HOW COULD I STICK HIM?
I. NO MAM HERE'S WHAT HAPPENED CLARK WAS SITTING ON THE COMMODE AND I WAS SITTING ON THE BED AND WE
WAS CHOPPING IT UP AND GOLATT AND AVANT COME DOWN THERE AND GOT CLARK AND THEY LET HIM GO TO THE
SHOWER WITH NO CUFFS ON. THEN THEY BROUGHT HIM BACK AND ASKED ME DID I HAVE A PROBLEM
I SAID MAN AND I SAID KNOW THEN AVANT SAID SAME OLD STUFF LIKE I BET YOU WOULDN'T BET IF I WAS BACK HERE

REFUSED

Signature of Inmate

### Court Questions:

DO YOU HAVE A STATEMENT?
DID YOU SEE OFC. AVANT?
WHO ASKED YOU DID YOU HAVE A PROBLEM?

### Verdict

### Factual Basis for Decision

Hearing Officer's Initials __JDM__

ORIGINAL — File Copy
COPY — Inmate

Color - Blue

ACI—6456

F-831-3

# Arkansas Department of Correction

EAST ARKANSAS REGIONAL _____ Unit

# DISCIPLINARY HEARING ACTION

Inmate __RONE, DARREN__     ADC # __120531__     Date __03/18/2005__

**Evidence Relied Upon:**

1. F-1 STATES THAT INMATE STABBED STAFF WITH A HOMEMADE KNIFE (SHANK), WAS INSOLENT AND USED ABUSIVE LANGUAGE TO STAFF, USED DANGEROUS PHYSICAL FORCE AND ASSAULTED STAFF

2. 005 FROM MAJOR WILLIAMS, LT. WILLIAMS, OFC. AVANT, CPL. GOLATT AND SGT. SANDERS

3.

4.

5.

6.

7. If relevant, contraband observed: Actual Item ___NA___   Photo ___YES___   Receipt ___NA___

   PHOTO OF WEAPON USED TO STABB STAFF

   Describe: _____

**Reasons Why Information Purporting to Exonerate Inmate Was Discounted:**

STAFF REPORT ACCEPTED ALONG WITH 005'S FROM ASSISTING STAFF

**Reasons for Assessment of Punishment:**

IM RONE IS A CLASS IV INMATE WITH PRIORS STILL HE MUST NOT USE WEAPONS TO ASSAULT STAFF AND USE PHYSICAL FORCE ON ANYONE ESPECIALLY STAFF NOR BE INSOLENT NOR USE ABUSIVE LANGUAGE AND NOT HAVE WEAPONS IN HIS POSSESSION

Hearing Officer's Initials _JLM_

The Hearing Officer is reminded that if an informant provided first-hand information in the case, then that informant's name and written statement must only be given when to the Disciplinary Court. This information will be retained with the Disciplinary Court by the Hearing Officer Administrator. Also, if an inmate is alleged to have been sick, the opinion of the informative claimer must be obtained.

I have read this report and understand that I may appeal to the Warden about any decision made in this matter within (3) working days by completing the "inmate's Appeal" form.

Inmate's Signature ___REFUSED___     Counsel Substitute _____

Hearing Officer I affirm that the information is true to the best of my knowledge.

Hearing Officer ___MS. JUANITA MATHIS___     03/18/2005
          Signature                    Date

ORIGINAL — File
COPY — Inmate

Color - Blue

ACI—6457

## GRIEVANCE ACKNOWLEDGEMENT

TO: Inmate  Rone, Darren                          ADC #:  120531A

FROM:  Rochelle, Tammy K                          TITLE:  Grievance Officer

RE: Notification of Grievance Received.           GRIEVANCE #:  VSM05-01221

DATE:  06/06/2005

Please be advised, I have received your Grievance dated  06/03/2005  on  06/06/2005

You will receive communication from this office regarding the Grievance by  07/05/2005

_J. Rochelle_
Signature of Grievance Officer/ARO

## CHOOSE ONE OF THE FOLLOWING

⦿  This Grievance is of a medical nature and has been forwarded to the infirmary staff.

○  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

Warden/Center Supervisor's
Signature

Clerk Jim McCormack

PLAINTIFF United States Dis Courts

David Rone

ADC no531

Defendants

RECEIVED
MAIL ROOM

JUN 13 2005

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

Say I have Already Filed A Appeal
on The Discipinary and Bust
It or To Central Office, Director
James Gibson Think Not Need
to be Through The grievance
Because Discipinary is Not
grievance Could Been Bust it
Ba To Discipinary Please In Messate
Grievance Property Return On C Shift
With Lt Warden R Sanders
Celid No 4 A 304 Oc
Jumpsuite onise

Here's the

Jim McCormack